UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERNON DODSON                                                                           PLAINTIFF

V.                                    4:18CV00555 JM/JTR

DOC HOLLADAY, Sheriff;
BRAWLEY, Grievance Officer;
BRIGGS, Major; MUSADDIQ, Sheriff;
BANG, Lieutenant; and
ROUTH, Lieutenant,
Pulaski County Jail                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 6th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE